UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN W. DEZELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-1873 JCH (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 17, 2007. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint (Doc. No. 3) is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 4th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE